HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARTHA ESPINOZA-SUAREZ, an Individual; ELIZABETH ESPINOZA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MARIA NINA FLORES, an Individual, JOSE JESUS ROMERO, an Individual, AMY KAWECKI, an Individual, and DOES 1 to 100,<br><br>Defendant. | CASE NO.: 2:18-cv-09135-JFW (Ex)<br><br>[Assigned to Hon. John F. Walter, Courtroom "7A"]<br><br>**ORDER ON STIPULATION FOR VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE AND STIPULATION TO REMAND MATTER TO STATE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

After full consideration of the parties' Stipulation for Voluntary Partial Dismissal by Plaintiffs MARTHA ESPINOZA-SUAREZ and ELIZABETH ESPINOZA against Defendants with Prejudice and Stipulation to Remand Matter to State Court, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1):

1. The First Cause of Action, pursuant to 42 U.S.C. § 1983 for Deprivation of Civil Rights under the First, Fourth, Fifth, Eighth and Fourteenth Amendments, in its entirety, is dismissed with prejudice;

2. The Second Cause of Action, pursuant to 42 U.S.C. § 1983 for Supervisorial Liability, in its entirety, is dismissed with prejudice;

3. The Third Cause of Action, pursuant to 42 U.S.C. § 1983 for *Monell/Municipal* liability, in its entirety, is dismissed with prejudice;

4. The Fourth Cause of Action, pursuant to *Civil Code* §52.1, for deprivation of civil rights, in its entirety, is dismissed with prejudice; and

5. This matter is remanded to Chatsworth Courthouse located at 9425 Penfield Avenue, Chatsworth, CA 91311.

**IT IS SO ORDERED.**

DATED: November 9, 2018

_____
THE HONORABLE JOHN F. WALTER